FILED'10 APR 30 14:35 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

EMPLOYERS'-PLASTERERS' TRUST;
PLASTERERS'-EMPLOYERS' PENSION
TRUST; PLASTERERS VACATION TRUST;
EMPLOYERS'-PLASTERERS' LOCAL 82
APPRENTICESHIP & JOURNEYMAN TRAINING
TRUST; WALL AND CEILING PROMOTION
FUND OF OREGON & SOUTHWEST WASHINGTON;
OPERATIVE PLASTERERS & CEMENT MASONS
INTERNATIONAL ASSOCIATION; AND
PLASTERERS LOCAL NO. 82 OF PORTLAND,
OREGON,

         Plaintiffs,

v.

NORTHWEST INTERIORS GROUP, LLC, an
Oregon limited liability company;
TAMARA NELSON; and Kirk Stempel,

         Defendants.

08-CV-1175-PK

ORDER

BROWN, Judge.

    Magistrate Judge Paul Papak issued Findings and Recommendation (#36) on February 22, 2010, in which he recommends this Court award Plaintiffs $2,612.50 in attorneys' fees and $491.79 in costs. The matter is now before this Court pursuant

1 - ORDER

to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)(rev'd on other grounds). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#36). Accordingly, the Court awards Plaintiffs **$2,612.50** in attorneys' fees and **$491.79** in costs.

IT IS SO ORDERED.

DATED this 30th day of April, 2010.

_____
ANNA J. BROWN
United States District Judge

2 - ORDER